**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00518-CR

**RONNIE DECOURTLAND BASS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-26843-N**

## ORDER

The Court **REINSTATES** the appeal.

On September 12, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 23, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the September 12, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/ LANA MYERS
JUSTICE